UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Stephen and Nicole Conely,<br><br>Debtor. | Case No. 11-55099-ASW<br><br>Chapter 13<br><br>Adv. Proc. No. 11-05272 |
| AutoSource Capital, Inc.<br><br>Plaintiff<br><br>vs.<br><br>Stephen and Nicole Conely<br><br>Debtors | |

MEMORANDUM DECISION GRANTING MOTION TO DISMISS
PLAINTIFF'S SECOND AMENDED COMPLAINT, FILED JUNE 5, 2012

Before the Court is a motion of Stephen and Nicole Conely ("Movants") to dismiss the Second Amended Complaint of Plaintiff AutoSource Capital, Inc. ("Plaintiff"). Plaintiff filed the Second Amended Complaint ("Complaint") on June 5, 2012 and, despite an earlier first amended complaint filed on March 9, 2012, the

Complaint is erroneously captioned as another first amended complaint. The motion to dismiss ("Motion"), requests dismissal on the grounds that the Complaint fails to state a claim upon which relief can be granted pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, which is adopted by Rule 7012(b) of the Federal Rules of Bankruptcy Procedure. Movants are represented by attorney Joseph Angelo, and Plaintiff is represented by attorney Kathryn S. Diemer. For the following reasons, the Motion is granted.

The Court dismissed Plaintiff's first amended complaint on May 15 2012, stating that the first amended complaint did not contain "enough facts to state a claim to relief that is plausible on its face." *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 127 S. Ct. 1955, 1974 (2007). The current Complaint is, word-for-word, identical to the first amended complaint that the Court dismissed on May 15 2012. As a result, the Complaint suffers from precisely the same defects that warranted dismissal of Plaintiff's first amended complaint.

For the foregoing reasons, the Court grants Movant's request for dismissal of Plaintiff's Second Amended Complaint, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Because Plaintiff has already received two opportunities to amend the Complaint but has failed to adequately plead a claim for relief, dismissal is with prejudice. In light of the dismissal, the hearing on the Motion set for August 28, 2012 at 3:00 p.m. and the

case management conference set for November 7, 2012 at 3:00 p.m. are both off calendar.

    IT IS SO ORDERED.

Dated: 8/27/10

_____
ARTHUR S. WEISSBRODT
UNITED STATES BANKRUPTCY JUDGE